**PARKER v. STATE.**

(Court of Criminal Appeals of Texas. Feb. 22, 1911.)

**CRIMINAL LAW (§ 1114\*)—APPEAL—NECESSITY OF BILL OF EXCEPTIONS.**

Grounds of a motion for new trial in a criminal case, based on proceedings had at the trial, will not be reviewed, where there is neither a bill of exceptions nor a motion for a new trial in the record.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2918, 2921; Dec. Dig. § 1114.\*]

Appeal from District Court, Burleson County; Ed. R. Sinks, Judge.

John Parker was found guilty of manslaughter, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted in the district court of Burleson county, charg-

ed with the offense of murder. Upon a trial he was adjudged guilty of manslaughter, and his punishment assessed at two years' confinement in the penitentiary.

There is a judgment in the record overruling the "motion for a new trial," but there are neither bills of exception nor a motion for a new trial in the record. Consequently we are not aware of errors, if any, of which appellant complains. The indictment is in conformity with the decisions of this court. We have carefully read the statement of facts, and the charge of the court, we think, correctly presents the issues of manslaughter and self-defense.

Judgment affirmed.